**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHANNA RODRIGUEZ,

                      Plaintiff,                         19 **CIVIL** 10070 (KMK)(JCM)

         -v-                                            **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated August 19, 2020, that this action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.


**Dated:**  New York, New York
         August 19, 2020


                                  **RUBY J. KRAJICK**

                                  **Clerk of Court**
        **BY:**
                           K. mango
                                **Deputy Clerk**